**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

MARILYN PAIK,                                    :   No. 45 MM 2017
                                                 :
                     Respondent                  :
                                                 :
                                                 :
                                                 :
              v.                                 :
                                                 :
                                                 :
                                                 :
SEUNG PAIK,                                      :
                                                 :
                     Petitioner                  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of April, 2017, the Emergency Application for Stay is **DENIED**.